**STATEMENT OF FACTS**

On June 22, 2020, a crowd of approximately 200 people had gathered in Lafayette Park in the 1600 block of Pennsylvania Avenue in Washington, D.C. There is a statue of General Andrew Jackson in the center of the park. On this date, the statue was surrounded with an eight foot high chain link fence due to recent protests in the area. Officers from the United States Park Police (USPP) and the Metropolitan Police Department (MPD) were in the area monitoring the crowd.

Your affiant, a USPP Sergeant, observed an organized effort to attempt to remove the statue from its base and damage it, including the cannons at the statue's base (hereinafter, "the incident"). Many individuals were standing around the statue with arms interlocked to create a blockade preventing the police from approaching the statue. Other individuals had climbed onto the statue and were affixing white ropes, chains and a yellow strap to the statue. Your affiant further observed multiple people pulling on the ropes, chains and strap attempting to pull the statue down.

The Andrew Jackson Statue is the property of the United States and it sustained significant damage due to the actions of the individuals involved in the offenses described herein. The National Park Service (NPS) advised your affiant that the historic cannon carriages at the base of the statue were irreparably damaged, that some parts of the statue were bent and other parts of the statue sustained damage from blunt objects and chemicals. NPS further advised your affiant that the estimated replacement cost for the historic cannon carriages is $76,000 and that the estimated cost to repair one of the bent portions of the statue is $2,000.

Members of MPD, Federal Bureau of Investigation (FBI) and USPP reviewed online open source videos of the incident, as well as videos from MPD body-worn camera footage, in order to identify the individuals who attempted to remove the statue from its base and damage it, including the cannons at the statue's base. The officers put out numerous lookout bulletins as a part of this effort. At this time, officers have been able to positively identify four individuals who participated in the attempt to remove the statue, which caused significant damage to the statue.

SUSPECT 1:  GRAHAM LLOYD

On June 24, 2020, your affiant viewed a collection of still photographs and video clips from the incident as provided by MPD, including information gathered from open sources and from body-worn cameras of officers on scene. Your affiant immediately recognized Suspect-1, later identified as GRAHAM LLOYD, a shirtless white male with long red hair and a thick red beard – in the photographs and footage taken from the area of 16th Street and H Street, Northwest, Washington, D.C., during this incident.

On June 24, 2020, your affiant received an investigative lead for a subject identified by name in a NBC Channel 4 news video about the above referenced efforts to destroy the Andrew Jackson statue.[1]  At the 2:23 mark of the video, the subject is speaking to the reporter, appearing shirtless and with wet hair. The subtitle of the news video identifies the subject as "Graham Lloyd - Demonstrator."



Your affiant reviewed this video and recognized the subject depicted as Suspect-1, the same person he observed shirtless in the area of 16th and H Street, Northwest, Washington, D.C.

A check of various law enforcement databases revealed a possible date and place of birth for Graham Lloyd (July X, 19XX, from Maine).  Upon viewing a digital image of LLOYD's Maine driver's license, your affiant positively identified GRAHAM LLOYD as Suspect-1, the person depicted in the NBC Channel 4 news video and the subject your affiant personally observed in the area of 16th Street and H Street, Northwest, Washington, D.C.

At the 2:23 mark of the NBC Channel 4 news video, LLOYD describes having wanted to place a round table for discussion on the lawn of the White House.

Your affiant reviewed several open source videos of the incident, still images and body-worn camera footage from officers on the scene of the incident.  Your affiant was able to identify

---

[1] Available at https://www.nbcnewyork.com/news/national-international/4-officers-injured-while-trying-to-clear-protesters-tents-near-lafayette-square-andrew-jackson-statue/2479415

2

GRAHAM LLOYD wearing long black pants and a black t-shirt with no shoes on MPD body-worn camera footage.

Your affiant also reviewed video of the incident from BFM TV's Twitter page.[2]  This video showed LLOYD on the grounds of the Andrew Jackson Statue and shows LLOYD rocking two wooden wheels of a cannon at the base of the statue until they crumble and the wheels are destroyed.

Your affiant also reviewed additional video of the incident posted on Facebook.[3]  This video shows LLOYD on the grounds of the Andrew Jackson Statue.  At the 2:37 mark, LLOYD is seen helping individuals climb onto the statue.  At the 3:05 time period, LLOYD is seen breaking off and destroying four wooden wheels from cannons at the base of the statue and overturning a cannon and base with the assistance of another individual.  At the 12:35 time period, LLOYD is seen pulling on the ropes that other individuals had attached to the statue attempting to pull the statue off its base.

Your affiant reviewed additional video of the incident posted on Twitter.[4]  This video shows LLOYD on the grounds of the Andrew Jackson Statue.  At the 0:14 time period, LLOYD is seen handing a hammer to another individual on the statue.

Finally, your affiant reviewed video of the incident posted on Youtube.com.[5]  At the 0:06 time period, LLOYD is seen pushing officers as the officers are clearing individuals out of the park.

### SUSPECT 2: RYAN LANE

On June 24, 2020, your affiant viewed a collection of still photographs and video clips from this event as provided by MPD, including information gathered from open sources and from body-worn cameras of officers on scene.  Your affiant remembered Suspect-2, later identified as RYAN LANE, a white male with long hair and multiple tattoos on his chest, arms, and back.  LANE appeared to be visibly intoxicated and walked up and down the police line both agitating the police and trying to calm the crowd.

---

[2] Available at https://twitter.com/BFMTV/status/1275654889062821888

[3] Available at
https://www.facebook.com/watch/live/?v=936050960142230&ref=watch_permalink

[4] Available at https://twitter.com/KunkleFredrick/status/1275250169118953472

[5] Available at https://www.youtube.com/watch?v=sVkkHJpc5Q0

Your affiant reviewed NBC Channel 4 news video of the incident, that at the :05 second mark captures LANE affixing a white rope to the back of the horse rider in the statue.[6] LANE is wearing a white shirt, black shorts and has a green bandana on his face. At the :23 second mark, the same individual is shown wearing the same clothing standing with other people, pulling on a yellow strap that is affixed to the horse's neck of the statue in an attempt to pull it down.

Through review of the above referenced collection of video and photographic recordings of this incident, and through investigation using police databases and open source information, law enforcement was able to tentatively identify Suspect-2 as RYAN LANE. Your affiant reviewed pictures of Suspect-2 from body-worn camera footage, which showed his distinct tattoos. Your affiant observed that Suspect-2 strongly resembles LANE in terms of hair color, facial hair, nose and hair line. In addition, still photographs from body-worn camera show a specific tattoo on Suspect-2's right shoulder (a demonic face with horns), and a booking photo of the same RYAN LANE from Arlington County Police taken in 2016 shows the same tattoo in the same location, as demonstrated below:



Date: 11/29/2016
Agency: Arlington County (VA) Sheriff's Office


Your affiant observed LANE for hours in the area of the crime as he attempted to destroy the Andrew Jackson Statue at Lafayette Park on June 22, 2020, by affixing a rope to the statue and pulling on a strap affixed to the statue's horse as well as assaulting and resisting officers.

On June 25, 2020, a USPP officer who had also observed the incident reviewed USPP US lookout poster numbered "Bulletin #LP-3." The lookout poster contains four pictures taken at the Jackson Statue on June 22, 2020, of the subject later identified as LANE. This officer told

---

[6] Available at https://www.youtube.com/watch?v=rLCFfGcFQ5w

your affiant that he recognized the subject identified as LANE from the lookout poster because the officer was assaulted by LANE in the area of the Andrew Jackson Statue on the same date. The officer advises that at approximately 2000 hours on that date, he came into contact with a white male, 35 years of age, reddish hair and beard, white t-shirt, and dark colored shorts.  The subject repeatedly ignored police orders and became overly violent towards the officer and other law enforcement officers.  This subject punched the officer repeatedly in the chest and torso area, and spit at him.  This action occurred to the northwest of the Jackson Statue as officers were clearing the area.  The officer recognized his assailant as LANE because he observed him later in the evening without his shirt on, continuing to engage police officers north of the park. The officer told your affiant that he specifically remembered LANE's tattoos on his arms, chest and back.

### SUSPECT 3:  LEE MICHAEL CANTRELL

Your affiant reviewed video of the incident, which was posted on Facebook by WUSA Channel 9 in Washington, D.C.[7]  At approximately the 12:03 minute mark, Suspect-3, later identified as LEE MICHAEL CANTRELL, can be observed picking up a long wooden board and attempting to pry the Andrew Jackson Statue figure off its base.

Your affiant reviewed additional video of the incident posted on YouTube by The Telegraph.[8]   At the :09 second mark, CANTRELL can be observed at the far right of the screen pulling on a yellow strap attempting to pull the statue down.

Law enforcement subsequently created numerous lookout bulletins in an effort to attempt to identify individuals involved in the destruction of the Andrew Jackson Statue.  These lookout bulletins were disseminated to every sworn officer of the USPP on June 25, 2020.  Your affiant received telephone calls from several officers indicating that the white male individual depicted in lookout bulletin #LP-11 was possibly CANTRELL.  CANTRELL had previously been arrested on June 22, 2020, at approximately 8:30 p.m. (Arrest No. 532012936), in the area of H St., NW and Lafayette Square.

During the June 22, incident, CANTRELL claimed to have sustained some injury during his apprehension and was later transported to GW Hospital by USPP Officers McDonald and Ochocki.  Both Officers maintained watch over CANTRELL and were in close contact with him for approximately 3 hours.

Given the period of time that the two officers spent with CANTRELL, your affiant sent the following picture to both officers and asked them to review it:

---

[7] Available at: https://www.facebook.com/WUSA9/videos/936050960142230/

[8] Available at https://www.youtube.com/watch?v=nxzRphxSUSc



tes Park Police, in conjunction with the FBI Washington Field Office's Violent Cri...

After receiving the image, Officer McDonald advised your affiant that he reviewed the picture and recognized the subject in it to be the same individual who he guarded on the hospital detail known to him as SMITH (the individual who Officer McDonald had accompanied to the hospital had provided a name of "Lee Smith" to law enforcement; a later check of police databases indicated that SMITH's true name is LEE MICHAEL CANTRELL; although CANTRELL provided a false name, he provided his true social security number in the June 22, 2020, arrest). Officer McDonald stated he remembered CANTRELL by his hair and facial features, but more specifically by his full sleeve of tattoos on his right arm which extend from the shoulder to the wrist. Officer McDonald remembered the "Flower" tattoo. Additionally, Officer Ochocki told your affiant that he too recognized the picture as CANTRELL and referenced the tattoo.

The photograph below captures CANTRELL and his right-arm sleeve tattoo:

6



### SUSPECT 4: CONNOR JUDD

Finally, law enforcement also reviewed open source videos of this incident and identified Suspect-4, later identified as CONNOR JUDD, a white male wearing a maroon button down shirt, gray pants with a backpack and a brown colored face mask.

Your affiant reviewed video of the incident posted on Youtube.com.[9]  At the beginning of the video, JUDD can be observed holding a black pole with a strap tied to it and the other end of the strap tied to the Andrew Jackson Statue.  At 0:02 into the video, JUDD appears to be yelling, "get down off the statue."

Your affiant reviewed additional video of the incident that was posted on Facebook by WUSA9 news.[10]  At approximately 13:20, JUDD can be observed on the statue grounds pulling a rope tied to the Andrew Jackson Statue.

Your affiant also reviewed body-worn camera footage from Metropolitan Police Department Officers who were in the area around the time of the offenses described above. Body-worn camera footage of Officers Bedoya and Lopez revealed digital images of JUDD without his facemask in place while he is holding a bottle of water.

Through additional investigative leads, law enforcement developed a potential identity of Suspect-4 as CONNOR MATTHEW JUDD, who is currently enrolled at The George Washington University in Northwest, Washington, D.C.

---

[9] Available at https://www.youtube.com/watch?v=rLCFfGcFQ5w

[10] Available at https://www.facebook.com/watch/live/?v=936050960142230&ref=watch_permalink

On June 26, 2020, two images of JUDD from the incident were shown to an individual who law enforcement believed may know JUDD. The witness observed the first photograph and stated "I think I know. About 75% sure it's Connor." The witness was then shown the second photograph with better lighting and stated, "Oh yeah. That's him." When Agent Hoyt inquired if the witness was 100% sure, the witness stated: "yeah."

Earlier on June 26, 2020, the first image of JUDD was separately shown to another witness who was identified based on JUDD's affiliation with a collegiate fraternal organization. That witness advised that the person in the photograph looked familiar, but did not identify the individual. FBI Special Agent Hoyt then followed up with the witness and asked if the witness was familiar with Sigma Nu. At that point, the witness stated that the individual in the photograph "looked like Connor," but that the witness had only seen "Connor" once over WebEx. At the time that the witness provided the name, Special Agent Hoyt had not inquired about JUDD and merely inquired about the fraternal organization (Sigma Nu) that JUDD appears to be connected to.

Prior to Special Agent Hoyt showing the photograph to the two witnesses above, Agent Hoyt attempted to meet with two neighbors who live in the area of JUDD's residence and showed those neighbors a photograph from the body-worn camera footage of the offense. The neighbors advised that they did not recognize the individual in the photograph, but stated that a bunch of guys "from GW" live in a residence identified as JUDD's residence.

## CONCLUSION

Your affiant believes probable cause exists to issue arrest warrants for GRAHAM LLOYD, RYAN LANE, LEE MICHAEL CANTRELL, and CONNOR JUDD for violations of 18 U.S.C. § 1361, Destruction of Property of the United States causing damage in excess of $1,000.

_____
DETECTIVE SERGEANT CARL R. HOLMBERG
UNITED STATES PARK POLICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of June, 2020.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE